| Exhibit | Document Description | Reason for Sealing |
|---|---|---|
| 1 | Deposition of Michie Adachi, Taken on May 22, 2026 | This exhibit is the deposition transcript of Anheuser-Busch's corporate representative, Michie Adachi, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 2 | Deposition of Alexander Bozich, Taken on June 18, 2026 | This exhibit is the deposition transcript of Alexander Bozich, an Anheuser-Busch business development executive, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 3 | Deposition of Clement Pappas, Taken on June 1, 2026 | This exhibit is the "Highly Confidential – Attorneys' Eyes Only" deposition transcript of Clement Pappas, CEO of Stateside Brands, taken as a corporate representative in this matter. The transcript contains testimony regarding Plaintiff's confidential business operations and proprietary company information—the public disclosure of which would reveal competitively sensitive details of Plaintiff's business and cause irreparable commercial harm. |
| 4 | Deposition of Russell Pareti, Taken on June 1, 2026 | This exhibit is the "Highly Confidential – Attorneys' Eyes Only" deposition transcript of Russell Pareti, Plaintiff's corporate representative, taken on behalf of Stateside Brands. The transcript contains testimony regarding Plaintiff's confidential product design decisions, and internal brand strategy—the public disclosure of which would reveal commercially sensitive information about Plaintiff's competitive positioning. |
| 5 | Deposition of Chelsea Phillips (Vol. 1), Taken on June 11, 2026 | This exhibit is the confidential deposition transcript (Volume 1) of Chelsea Christine Phillips, an Anheuser-Busch employee, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 6 | Deposition of Chelsea Phillips (Vol. 2), Taken on June 12, 2026 | This exhibit is the confidential deposition transcript (Volume 2) of Chelsea Christine Phillips, an Anheuser-Busch employee, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |

| Exhibit | Document Description | Reason for Sealing |
|---|---|---|
| 7 | Deposition of Jim Romano, Taken on June 3, 2026 | This exhibit is the "Highly Confidential – Attorneys' Eyes Only" deposition transcript of Jim Romano, a Stateside Brands executive. The transcript contains testimony regarding Plaintiff's confidential financial data (including annual sales figures, revenue forecasts, profit margins, and budgetary information) as well as details of confidential acquisition discussions—the public disclosure of which would cause serious competitive harm to Plaintiff. |
| 8 | Deposition of Matthew Quigley, Taken on June 8, 2026 | This exhibit is the "Highly Confidential – Attorneys' Eyes Only" deposition transcript of Matthew Quigley, a co-founder of Stateside Brands. The transcript contains testimony regarding confidential internal brand communications, product design decisions, and business formation history—the public disclosure of which would reveal competitively sensitive information about Plaintiff's business operations. |
| 9 | Deposition of Stephen Wolf, Taken on June 26, 2026 | This exhibit is the "Highly Confidential – Attorneys' Eyes Only" deposition transcript of Stephen Wolf, an Anheuser-Busch corporate representative, designated "Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 11 | Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories, served on February 9, 2026 | This exhibit contains Plaintiff Stateside's objections and responses to Defendants' First Set of Interrogatories, portions of which are designated as containing "Confidential" and "Highly Confidential – Attorneys' Eyes Only" information, which discloses the detailed and confidential origins underlying the Surfside Trade Dress, as well as proprietary sales data, state-by-state market entry dates, and third-party competitive analyses—the public disclosure of which would cause competitive harm by revealing non-public commercial information. |
| 13 | State by State Surfside Sales | This exhibit is a document produced by Plaintiff, designated "Highly Confidential – Attorneys' Eyes Only." This document contains Plaintiff's confidential sales data broken down by state and year—the public disclosure of which would reveal proprietary financial performance information and cause competitive harm to Plaintiff. |

| Exhibit | Document Description | Reason for Sealing |
|---|---|---|
| 16 | NIQ Market Share Data | This exhibit is a document produced by Plaintiff, designated "Highly Confidential – Attorneys' Eyes Only." This document contains Plaintiff's proprietary financial and operational data—the public disclosure of which would reveal competitively sensitive business information and cause commercial harm to Plaintiff. |
| 17 | Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | This exhibit is an Anheuser-Busch internal strategic presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 18 | Internal Anheuser-Busch Marketing PowerPoint Presentation | This exhibit is an Anheuser-Busch internal strategic document containing RTD brand performance summaries, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 19 | Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | This exhibit is an Anheuser-Busch internal presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 20 | Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | This exhibit is an Anheuser-Busch internal presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 21 | Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | This exhibit is an Anheuser-Busch internal presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 22 | Internal Anheuser-Busch Skimmers PowerPoint Presentation | This exhibit is an Anheuser-Busch internal product approval document for the Skimmers brand, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 23 | September 2024 Email from Jason Burke to Fabricio Zonzini | This exhibit is an internal Anheuser-Busch email chain among senior executives designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |

| Exhibit | Document Description | Reason for Sealing |
|---|---|---|
| 26 | August 2024 Email from Robert Clark to Adam Silverman and Chelsea Phillips | This exhibit is an internal Anheuser-Busch email chain among marketing and innovation executives, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 27 | Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | This exhibit is an Anheuser-Busch internal strategic presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 28 | Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | This exhibit is an Anheuser-Busch internal presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 29 | Internal Anheuser-Busch Marketing PowerPoint Presentation | This exhibit is an Anheuser-Busch internal presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 41 | Stateside Internal PowerPoint Presentation | This exhibit is a Stateside Brands internal team meeting presentation designated "Highly Confidential – Attorneys' Eyes Only." The presentation contains Plaintiff's proprietary sales milestones, confidential marketing activity plans, forward-looking business strategy, and non-public distribution data—the public disclosure of which would cause competitive harm to Plaintiff and reveal commercially sensitive operational information. |
| 45 | Surfside Year by Year Marketing Spend | This exhibit is a document produced by Plaintiff, designated "Highly Confidential – Attorneys' Eyes Only." This document is a financial spreadsheet containing Plaintiff's proprietary revenue and budgetary data—the public disclosure of which would reveal closely held financial information and cause competitive harm to Plaintiff. |
| 46 | Internal Anheuser-Busch "Hard Beverages" PowerPoint Presentation | This exhibit is an Anheuser-Busch internal presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 48 | April 2025 Email from Robert Clark to James Pope, Carolyn | This exhibit is an internal Anheuser-Busch email from a Vice President of Innovation to senior marketing |

| Exhibit | Document Description | Reason for Sealing |
|---|---|---|
|  | Browm, Stuart Budge, Adam Silverman, Paul Scholz, and Gina Bazigian | leadership, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 49 | January 2025 Email from Julie Garneau to Michie Adachi, Drew Sigler, and Dane Reich | This exhibit is an internal Anheuser-Busch email chain designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 51 | Internal Anheuser-Busch Market Visit Recap PowerPoint Presentation | This exhibit is an Anheuser-Busch internal market visit recap document, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 55 | Surfside Events List | This exhibit is a document produced by Plaintiff, designated "Highly Confidential – Attorneys' Eyes Only." This document contains Plaintiff's competitively sensitive business information—the public disclosure of which would reveal competitively sensitive data and cause commercial harm to Plaintiff. |
| 62 | July 2025 Email from Tahseen Butt to Clement Pappas | This exhibit is an email exchange between Anheuser-Busch's Senior Director of Mergers & Acquisitions and the CEO of Stateside Brands regarding a potential business combination. The correspondence contains confidential M&A discussions, non-public financial performance references, and proprietary business projections shared in the context of acquisition negotiations—the public disclosure of which would reveal highly sensitive corporate transaction information and cause irreparable harm to both parties' commercial interests. |
| 64 | December 2024 Email from Steve Wolf to Jenna Portela and Mario Marquez | This exhibit is an email chain between Anheuser-Busch executives and the Tavern design agency marked "Confidential" by the Tavern Agency. The correspondence contains commercially sensitive business information—the public disclosure of which would reveal proprietary information and cause competitive harm. |
| 65 | Third Party Tavern Agency PowerPoint Presentation | This exhibit is a Tavern Agency brand design presentation marked "Confidential" by the Tavern Agency. The presentation contains commercially sensitive business information—the public disclosure |

| Exhibit | Document Description | Reason for Sealing |
|---|---|---|
|  |  | of which would reveal proprietary information and cause competitive harm. |
| 66 | Third Party Tavern Agency PowerPoint Presentation | This exhibit is a Tavern Agency brand design presentation marked "Confidential" by the Tavern Agency. The presentation contains commercially sensitive business information—the public disclosure of which would reveal proprietary information and cause competitive harm. |
| 67 | August 2023 Email from Clement Pappas to Alexander Bozich | This exhibit is an email chain between the CEO of Stateside Brands and Anheuser-Busch's Senior Director of Business Development, designated "Confidential." The correspondence contains communications initiating confidential business discussions between the parties—the public disclosure of which would reveal the existence and nature of commercial negotiations and implicate the privacy interests of both parties regarding their confidential business dealings. |
| 68 | September 2023 Email from Clement Pappas to Bryan Quigley | This exhibit is an email chain among Stateside Brands principals and Anheuser-Busch's Business Development executive scheduling confidential business meetings, designated "Confidential." The correspondence contains details of the parties' confidential business relationship and commercial discussions—the public disclosure of which would reveal the nature and timeline of proprietary inter-company negotiations and implicate the privacy interests of both parties. |
| 69 | April 2024 Email from Clement Pappas to Alexander Bozich | This exhibit is an email chain between Stateside Brands' CEO and Anheuser-Busch's Business Development executive regarding periodic business discussions, designated "Confidential." The correspondence contains references to Plaintiff's non-public business performance and the parties' confidential commercial relationship—the public disclosure of which would reveal the existence and substance of proprietary inter-company discussions and cause commercial harm to both parties. |

| Exhibit | Document Description | Reason for Sealing |
|---|---|---|
| 70 | Anheuser-Busch Preliminary Partnership Discussions PowerPoint Presentation | This exhibit is an Anheuser-Busch presentation produced by Stateside, designated "Confidential" The presentation contains Defendants' proprietary M&A strategy, confidential deal structure and timeline details, and a preliminary data request list seeking Plaintiff's financial statements and operational information—the public disclosure of which would reveal highly sensitive corporate transaction information and cause irreparable harm to both parties' commercial interests. |
| 72 | Anheuser-Busch Internal Skimmers Document | This exhibit is a document produced by Anheuser-Busch, designated "Confidential" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 73 | December 2024 Email from Robert Naylor to Nathan Hungate | This exhibit is an internal Anheuser-Busch email chain designated "Confidential" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 74 | April 2025 Email from Carolyn Brown to the DL-Innovation STL alias, Cara Baker, Margaret Gilmore, Dustin Hoernis, Stuart Budge, Luke Radliff, Merry Gebel, and Quentin Amice | This exhibit is an internal Anheuser-Busch email designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 76 | Third Party Tavern Agency PowerPoint Presentation | This exhibit is a presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 77 | Expert Report of Tom Pirko, Served on May 22, 2026 | This exhibit is the expert report of Tom Pirko, submitted on behalf of Plaintiff, designated "Highly Confidential – Attorneys' Eyes Only." The report contains expert opinions based upon confidential business information, proprietary market analyses, and references to confidential deposition testimony and documents produced under the parties' Confidentiality Agreement—the public disclosure of which would reveal the substance of sealed materials and cause competitive harm to both parties. |
| 78 | Deposition of Kelsey Willis, Taken on July 2, 2026 | This exhibit is the deposition transcript of Kelsey Willis, designated "Highly Confidential – Attorneys' |

| Exhibit | Document Description | Reason for Sealing |
|---|---|---|
| | | Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 79 | July 2024 Email from Jake Kirsch to several Anheuser-Busch employees | This exhibit is an internal Anheuser-Busch email, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 80 | Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | This exhibit is an Anheuser-Busch internal presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 81 | January 2026 email from Brian Kuhn to Adam Silverman, Chelsea Phillips, Steve Wolf, Robyn Greene, and Emily Bunker | This exhibit is an internal Anheuser-Busch email chain among senior marketing executives, designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 83 | December 2024 Email from Jenna Portela to Mario Marquez and Steve Wolf | This exhibit contains internal correspondence between Anheuser-Busch employees and their external branding agency designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 84 | December 2024 Email from Steve Wolf to Jenna Portela and Mario Marquez | This exhibit contains internal communications marked "Confidential" by the Tavern Agency. The correspondence contains commercially sensitive business information—the public disclosure of which would reveal proprietary information and cause competitive harm. |
| 85 | Third Party Tavern Agency PowerPoint Presentation | This exhibit is a brand development presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 86 | April 2025 Email from Jake Kirsch to Robert Clark | This exhibit contains internal Anheuser-Busch email communications designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 87 | Skimmer's Costs and Revenue by State | This exhibit is designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |

| Exhibit | Document Description | Reason for Sealing |
|---|---|---|
| 88 | Surfside Internal Marketing PowerPoint Presentation | This exhibit is a strategic planning document detailing proprietary brand-building strategies, marketing budgets, sales performance data, distribution metrics, partnership structures, regional campaign plans, and digital commerce analytics—the public filing of which would cause severe competitive harm by revealing non-public go-to-market strategies, financial information, and detailed sales data that competitors could exploit. |
| 89 | Internal Anheuser-Busch Marketing PowerPoint Presentations | This exhibit is a set of internal business presentations designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch and third party We Are Alexander pursuant to the parties' Confidentiality Agreement. |
| 90 | Internal Anheuser-Busch Skimmers Media Strategy PowerPoint Presentation | This exhibit is designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 91 | Anheuser-Busch Internal Skimmers Data | This exhibit is designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 92 | April 2025 Email from James Pope to Robert Clark | This exhibit is designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 93 | Surfside Stadium Partnerships Revenue | This exhibit contains confidential business information of Stateside—the public disclosure of which would undermine the protections afforded by the governing protective order and cause competitive harm to the Stateside. |
| 106 | Internal Anheuser-Busch Skimmers PowerPoint Presentation | This exhibit is a consumer research study designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 109 | Internal Stateside Products PowerPoint Presentation | This exhibit is a Stateside Brands internal presentation containing 2026 brand goals, designated "Highly Confidential – Attorneys' Eyes Only." The presentation contains Plaintiff's proprietary growth targets, confidential distribution goals, and internal strategic objectives—the public disclosure of which |

| Exhibit | Document Description | Reason for Sealing |
|---------|---------------------|--------------------|
| | | would reveal closely guarded business plans and cause competitive harm to Plaintiff. |
| 110 | Internal Stateside Marketing PowerPoint Presentation | This exhibit is a Stateside Brands internal team meeting presentation, designated "Highly Confidential – Attorneys' Eyes Only." The presentation contains Plaintiff's proprietary marketing plans, internal team structure and strategy discussions, and confidential operational information—the public disclosure of which would reveal competitively sensitive business information and cause commercial harm to Plaintiff. |
| 112 | January 2025 Email from Michie Adachi to Kristen Picard, Stuart Budge, Brandon Sofley, Giovanna Birman, Devin Gerstein, Carolyn Brown, Charlotte, and James Pope | This exhibit is an internal Anheuser-Busch email chain designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 115 | Internal Anheuser-Busch Skimmers PowerPoint Presentation | This exhibit is a presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 116 | Internal Anheuser-Busch Skimmers PowerPoint Presentation | This exhibit is an internal presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 117 | Third Party Tavern Agency Document | This exhibit contains internal meeting notes marked "Confidential" by the Tavern Agency. The notes contain commercially sensitive business information—the public disclosure of which would reveal proprietary information and cause competitive harm. |
| 118 | December 2024 Email from Steve Wolf to Jenna Portela and Mario Marquez | This exhibit contains internal correspondence marked "Confidential" by the Tavern Agency. The correspondence contains commercially sensitive business information—the public disclosure of which would reveal proprietary information and cause competitive harm. |
| 119 | Skimmers Sell Sheets | This exhibit contains sell sheets designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser- |

| Exhibit | Document Description | Reason for Sealing |
|---------|---------------------|--------------------|
| | | Busch pursuant to the parties' Confidentiality Agreement. |
| 120 | Internal Anheuser-Busch Market Visit Recap PowerPoint Presentation | This exhibit is a market visit recap designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 121 | Internal Anheuser-Busch Skimmers PowerPoint Presentation | This exhibit is an internal presentation designated "Highly Confidential – Attorneys' Eyes Only" by Anheuser-Busch pursuant to the parties' Confidentiality Agreement. |
| 122 | December 2024 Email from Jenna Portela to Amanda Psyhojos, Mike Perry, Kevin Davis, Lisa Franck, and Lauren Greenspan | This exhibit contains an internal communication marked "Confidential" by the Tavern Agency. The correspondence contains commercially sensitive business information—the public disclosure of which would reveal proprietary information and cause competitive harm. |
| 124 | October 2024 Email from Clement Pappas to Tahseen Butt | This exhibit contains communications between the parties regarding confidential business dealings—the public disclosure of which would cause competitive harm and implicate third-party privacy interests by revealing non-public deal negotiations and proprietary financial data requests. |
| 125 | Stateside's Second Supplemental Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-16), Served on July 2, 2026 | This exhibit contains Stateside's interrogatory responses designated "Highly Confidential – Attorneys' Eyes Only," reflecting detailed factual narratives regarding Stateside's prior business dealings and proprietary sales and market data—the public disclosure of which would cause competitive harm and undermine the confidentiality protections governing discovery in this action. |