**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

STATESIDE BRANDS LLC,

              Plaintiff,

        v.

ANHEUSER-BUSCH LLC,
ANHEUSER-BUSCH INBEV
WORLDWIDE INC.,

              Defendants.

Civil Action No. 25-6017

1

**TABLE OF CONTENTS**

| EXHIBIT NO. | DESCRIPTION | APPENDIX NO. |
|---|---|---|
| 1 | Filed with Redactions – Deposition of Michie Adachi, Taken on May 22, 2026 | 1a-28a |
| 2 | Filed with Redactions – Deposition of Alexander Bozich, Taken on June 18, 2026 | 29a-53a |
| 3 | Filed with Redactions – Deposition of Clement Pappas, Taken on June 1, 2026 | 54a-67a |
| 4 | Filed with Redactions – Deposition of Russell Pareti, Taken on June 1, 2026 | 68a-76a |
| 5 | Filed with Redactions – Deposition of Chelsea Phillips (Vol. 1), Taken on June 11, 2026 | 77a-97a |
| 6 | Filed with Redactions – Deposition of Chelsea Phillips (Vol. 2), Taken on June 12, 2026 | 98a-104a |
| 7 | Filed with Redactions – Deposition of Jim Romano, Taken on June 3, 2026 | 105a-109a |
| 8 | Deposition of Matthew Quigley, Taken on June 8, 2026 | 110a-120a |
| 9 | Filed with Redactions – Deposition of Stephen Wolf, Taken on June 26, 2026 | 121a-155a |
| 10 | Answer To Amended Complaint (D.I. 37) | 156a-161a |
| 11 | Plaintiff's Objections and Responses to Defendants' First Set of Interrogatories, served on February 9, 2026 | 162a-174a |
| 12 | Surfside Website | 175a-276a |
| 13 | Filed Under Seal – State by State Surfside Sales (278a provided in native format) | 277a-278a |
| 14 | Screen Captures of Surfside Being Sold at Various Locations | 279a-331a |
| 15 | Screen Captures of Skimmers Being Sold at Various Locations | 332a-382a |
| 16 | Filed Under Seal – NIQ Market Share Data (384a provided in native format) | 383a-384a |
| 17 | Filed Under Seal – Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | 385a-395a |
| 18 | Filed Under Seal – Internal Anheuser-Busch Marketing PowerPoint Presentation | 396a-404a |
| 19 | Filed Under Seal – Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | 405a-466a |
| 20 | Filed Under Seal – Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | 467a-483a |
| 21 | Filed Under Seal – Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | 484a-552a |
| 22 | Filed Under Seal – Internal Anheuser-Busch Skimmers PowerPoint Presentation | 553a-561a |
| 23 | Filed Under Seal – September 2024 Email from Jason Burke to Fabricio Zonzini | 562a-565a |
| 25 | *Beer Business Daily* Article | 566a-573a |

| EXHIBIT NO. | DESCRIPTION | APPENDIX NO. |
|---|---|---|
| 26 | Filed Under Seal – August 2024 Email from Robert Clark to Adam Silverman and Chelsea Phillips | 574a-576a |
| 27 | Filed Under Seal – Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | 577a-587a |
| 28 | Filed Under Seal – Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | 588a-617a |
| 29 | Filed Under Seal – Internal Anheuser-Busch Marketing PowerPoint Presentation | 618a-679a |
| 30 | 2024 *Forbes* Article | 680a-684a |
| 31 | 2025 *Forbes* Article | 685a-704a |
| 32 | 2024 *Philadelphia Business Journal* Article | 705a-710a |
| 33 | 2024 *Market Watch* Article | 711a-712a |
| 34 | Screen Captures of Articles Discussing Surfside | 713a-725a |
| 35 | May 2025 *Philadelphia Magazine* Article | 726a-732a |
| 36 | Surfside Radio Advertisement | 733a-734a |
| 37 | Surfside Point-of-Sale Advertising | 735a-742a |
| 38 | Surfside Out-of-Home Marketing | 743a-748a |
| 39 | Surfside Co-Branding with Professional Sports Teams | 749a-791a |
| 40 | Surfside Advertising Examples | 792a-808a |
| 41 | Filed with Redactions – Stateside Internal PowerPoint Presentation | 809a-1074a |
| 42 | Surfside Billboard Advertisements | 1075a-1081a |
| 43 | Sports Broadcasting Advertisements | 1082a-1084a |
| 44 | Surfside Transportation Wraps on Trucks | 1085a-1088a |
| 45 | Filed Under Seal – Surfside Year by Year Marketing Spend (1090a provided in native format) | 1089a-1090a |
| 46 | Filed Under Seal – Internal Anheuser-Busch "Hard Beverages" PowerPoint Presentation | 1091a-1110a |
| 47 | Defendants' Objections and Responses to Plaintiff Stateside Brands LLC's First Set of Requests for Admission (Nos. 1-81), Served on May 6, 2026 | 1111a-1125a |
| 48 | Filed Under Seal – April 2025 Email from Robert Clark to James Pope, Carolyn Browm, Stuart Budge, Adam Silverman, Paul Scholz, and Gina Bazigian | 1126a-1134a |
| 49 | Filed Under Seal – January 2025 Email from Julie Garneau to Michie Adachi, Drew Sigler, and Dane Reich | 1135a-1137a |
| 50 | Defendants' Objections and Answers to Plaintiff Stateside Brands LLC's First Set of Interrogatories (Nos. 1-15), Served on January 29, 2026 | 1138a-1145a |
| 51 | Filed Under Seal – Internal Anheuser-Busch Market Visit Recap PowerPoint Presentation | 1146a-1149a |
| 52 | Documents showing Surfside and its Stadium Partnerships with Professional and College Sports Teams/Stadiums (1159a-1160a provided in native format) | 1150a-1172a |

| EXHIBIT NO. | DESCRIPTION | APPENDIX NO. |
|---|---|---|
| 53 | Photos of Surfside at Music Festivals and Other Event Venues (1181a provided in native format) | 1173a-1181a |
| 54 | Stateside PowerPoint showing Surfside Events | 1182a-1187a |
| 55 | Surfside Events List (1189a provided in native format) | 1188a-1189a |
| 56 | Surfside Advertising Examples | 1190a-1208a |
| 57 | Surfside Merchandise Examples | 1209a-1238a |
| 58 | Surfside Bar/Restaurant Branding | 1239a-1253a |
| 59 | Surfside Press Releases | 1254a-1259a |
| 60 | Advertisements Showing "Sunset Stripes" (1276a provided in native format) | 1263a-1276a |
| 61 | Merchandise Examples | 1277a-1283a |
| 62 | Filed Under Seal – July 2025 Email Regarding Information Subject to NDA | 1284a-1286a |
| 63 | Surfside Print Advertisements | 1287a-1298a |
| 64 | Filed Under Seal – December 2024 Email from Steve Wolf to Jenna Portela and Mario Marquez | 1299a-1303a |
| 65 | Filed Under Seal – Third Party Tavern Agency PowerPoint Presentation | 1304a-1342a |
| 66 | Filed Under Seal – Third Party Tavern Agency PowerPoint Presentation | 1343a-1363a |
| 67 | Filed Under Seal – August 2023 Email Regarding Information Subject to NDA | 1364a-1369a |
| 68 | Filed Under Seal – September 2023 Email Regarding Information Subject to NDA | 1370a-1384a |
| 69 | Filed Under Seal – April 2024 Email Regarding Information Subject to NDA | 1385a-1390a |
| 70 | Filed Under Seal – Anheuser-Busch PowerPoint Presentation Regarding Information Subject to NDA | 1391a-1397a |
| 71 | Surfside Point of Sale Displays | 1398a-1413a |
| 72 | Filed Under Seal – Anheuser-Busch Internal Skimmers Document (1415a provided in native format) | 1414a-1415a |
| 73 | Filed Under Seal – December 2024 Email from Robert Naylor to Nathan Hungate | 1416a-1417a |
| 74 | Filed Under Seal – April 2025 Email from Carolyn Brown to the DL-Innovation STL alias, Cara Baker, Margaret Gilmore, Dustin Hoernis, Stuart Budge, Luke Radliff, Merry Gebel, and Quentin Amice | 1418a-1419a |
| 75 | Surfside Advertising (1420a-1422a provided in native format) | 1420a-1444a |
| 76 | Filed Under Seal – Third Party Tavern Agency PowerPoint Presentation | 1445a-1486a |
| 77 | Expert Report of Tom Pirko, Served on May 22, 2026 | 1487a-1495a |
| 78 | Filed Under Seal – Deposition of Kelsey Willis, Taken on July 2, 2026 | 1496a-1500a |

| EXHIBIT NO. | DESCRIPTION | APPENDIX NO. |
|---|---|---|
| 79 | Filed Under Seal – July 2024 Email from Jake Kirsch to several Anheuser-Busch employees | 1501a-1505a |
| 80 | Filed Under Seal – Internal Anheuser-Busch "Beyond Beer" PowerPoint Presentation | 1506a-1574a |
| 81 | Filed Under Seal – January 2026 email from Brian Kuhn to Adam Silverman, Chelsea Phillips, Steve Wolf, Robyn Greene, and Emily Bunker | 1575a-1581a |
| 82 | *Beer Business Daily* and *Wine & Spirit Daily* Articles | 1582a-1674a |
| 83 | Filed Under Seal – December 2024 Email from Jenna Portela to Mario Marquez and Steve Wolf | 1675a-1676a |
| 84 | Filed Under Seal – December 2024 Email from Steve Wolf to Jenna Portela and Mario Marquez | 1677a-1679a |
| 85 | Filed Under Seal – Third Party Tavern Agency PowerPoint Presentation | 1680a-1794a |
| 86 | Filed Under Seal – April 2025 Email from Jake Kirsch to Robert Clark | 1795a-1803a |
| 87 | Filed Under Seal – Skimmer's Costs and Revenue by State (1805a provided in native format) | 1804a-1805a |
| 88 | Filed with Redactions – Surfside Internal Marketing PowerPoint Presentation | 1806a-2056a |
| 89 | Filed Under Seal – Anheuser-Busch Marketing PowerPoint Presentation | 2057a-2327a |
| 90 | Filed Under Seal – Internal Anheuser-Busch Skimmers Media Strategy PowerPoint Presentation | 2328a-2338a |
| 91 | Filed Under Seal – Anheuser-Busch Internal Skimmers Data (2340a provided in native format) | 2339a-2340a |
| 92 | Filed Under Seal – April 2025 Email from James Pope to Robert Clark | 2341a-2343a |
| 93 | Filed Under Seal – Surfside Stadium Partnerships Revenue (2345a provided in native format) | 2344a-2345a |
| 94 | LinkedIn Post from Charles Nouwen | 2346a-2347a |
| 95 | LinkedIn Post from Elizabeth Corbett | 2348a-2349a |
| 96 | Filed Under Seal – Text Message | 2350a-2351a |
| 97 | *Philadelphia Magazine* Article | 2352a-2355a |
| 98 | *BrewBound* Article | 2356a-2359a |
| 99 | Surfside Social Media Pages | 2360a-2968a |
| 100 | *Vinepair* Article | 2969a-2971a |
| 101 | Facebook BrewBound Post (Video) (2973a provided in native format) | 2972a-2973a |
| 102 | Facebook BrewBound Post with Comments | 2974a-2975a |
| 103 | Phillymag Instagram Post | 2976a-2977a |
| 104 | Third Party Can Designs | 2978a-3147a |
| 105 | Expert Report of David Neal, Ph.D., Served on May 22, 2026 | 3148a-3173a |

| EXHIBIT NO. | DESCRIPTION | APPENDIX NO. |
|---|---|---|
| 106 | Filed Under Seal – Internal Anheuser-Busch Skimmers PowerPoint Presentations | 3174a-3203a |
| 107 | Surfside Product Listing | 3204a-3206a |
| 108 | Surfside and Skimmers Product Listings | 3207a-3213a |
| 109 | Filed with Redactions – Internal Stateside Products PowerPoint Presentation | 3214a-3285a |
| 110 | Filed with Redactions – Internal Stateside Marketing PowerPoint Presentation | 3286a-3556a |
| 111 | Skimmers Product Listing | 3557a-3558a |
| 112 | Filed Under Seal – January 2025 Email from Michie Adachi to Kristen Picard, Stuart Budge, Brandon Sofley, Giovanna Birman, Devin Gerstein, Carolyn Brown, Charlotte, and James Pope | 3559a-3564a |
| 113 | Surfside and Skimmers HyVee Advertisement | 3565a-3566a |
| 114 | Skimmers' Website | 3567a-3569a |
| 115 | Filed Under Seal – Internal Anheuser-Busch Skimmers PowerPoint Presentation | 3570a-3617a |
| 116 | Filed Under Seal – Internal Anheuser-Busch Skimmers PowerPoint Presentation | 3618a-3746a |
| 117 | Filed Under Seal – Third Party Tavern Agency Document | 3747a-3748a |
| 118 | Filed Under Seal – December 2024 Email from Steve Wolf to Jenna Portela and Mario Marquez | 3749a-3751a |
| 119 | Filed Under Seal – Skimmers Sell Sheets | 3752a-3759a |
| 120 | Filed Under Seal – Internal Anheuser-Busch Market Visit Recap PowerPoint Presentation | 3760a-3763a |
| 121 | Filed Under Seal – Internal Anheuser-Busch Skimmers PowerPoint Presentation | 3764a-3892a |
| 122 | Filed Under Seal – December 2024 Email from Jenna Portela to Amanda Psyhojos, Mike Perry, Kevin Davis, Lisa Franck, and Lauren Greenspan | 3893a-3894a |
| 123 | *Forbes* Article | 3895a-3904a |
| 124 | Filed Under Seal – October 2024 Email Regarding Information Subject to NDA | 3905a-3907a |
| 125 | Filed with Redactions – Stateside's Second Supplemental Objections and Responses to Defendant's First Set of Interrogatories (Nos. 1-16), Served on July 2, 2026 | 3908a-3925a |