# Exhibit 55

# Document produced in native format.

**1189a**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

STSIDE_0068802